IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:16CR146 |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| SHANE A. BERTUCCI, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on January 10, 2018 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits 101-102 from Sentencing held 12/7/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: January 11, 2018

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge